1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   STEVEN G. GATLEY, SB# 155986
2     E-Mail: Steven.Gatley@lewisbrisbois.com
   BRIAN KATOOZI, SB# 321158
3     E-Mail: Brian.Katoozi@lewisbrisbois.com
   650 Town Center Drive, Suite 1400
4  Costa Mesa, California 92626
   Telephone: 714.545.9200
5  Facsimile: 714.850.1030

6  Attorneys for Defendant SANTA
   BARBARA COUNTY OF
7  ASSOCIATION OF GOVERNMENTS

8

9                    UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12

13 | KENT W. EPPERSON,                | Case No. 2:23-cv-03039-AB-(MRWx)
14 |     Plaintiff,                   | **DEFENDANT SANTA BARBARA COUNTY OF ASSOCIATION OF GOVERNMENTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP RULE 56**
15 |     vs.                          |
16 | SANTA BARBARA COUNTY ASSOCIATION OF GOVERNMENTS ("SBCAG"), |
17 |     Defendant.                   | [Filed Concurrently with Memorandum of Points and Authorities; Separate Statement; Declarations; Appendix of Evidence; and Proposed Order]
18 |                                  |
19 |                                  | Date:       January 17, 2025
20 |                                  | Time:       10:00 a.m.
                                        Crtrm.:      7B
21
                                        Pre-Trial Conf:  August 1, 2025
22                                      Trial Date:      August 26. 2025

23

24      **TO THE COURT, PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

25      PLEASE TAKE NOTICE that on January 17, 2025, at 10:00 a.m., or as soon

26 thereafter as the matter may be heard in Courtroom 7B of the above-entitled

27 courthouse, located at 350 West First Street, Los Angeles, CA 90012, Defendant

28 SANTA BARBARA COUNTY OF ASSOCIATION OF GOVERNMENTS

148789837.1

("Defendant" or "Santa Barbara") will and hereby does move for summary judgment as to Plaintiff KENT W. EPPERSON's ("Plaintiff" or "Epperson") claim pursuant to Federal Rule of Civil Procedure 56.

**This motion is made following the conference of counsel pursuant to Local Rules-Central District of California 7-3 which took place on Monday, October 28, 2024.** (Declaration of Brian K. Katoozi, ¶4.)

Defendant is entitled to summary judgment as to Plaintiff's sole cause of action for discrimination in employment pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin) because there is no genuine issue of material fact, and Plaintiff has not established, and cannot establish, all elements of this cause of action. Specifically, it's undisputed that Defendant did not discriminate against Plaintiff during his employment based on his religion, and instead attempted to reasonably accommodate Plaintiff's alleged religious beliefs.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities attached hereto, the herewith lodged proposed Statement of Uncontroverted Facts and Conclusions of Law, the Court's file in this action, the Declaration of Martha Gibbs, the Declaration of Brian K. Katoozi, matters of which this Court must or may take judicial notice, and on such further evidence and argument Defendant may present before or at the hearing on this matter.

DATED: November 13, 2024

STEVEN G. GATLEY
BRIAN KATOOZI
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/ Brian Katoozi_
BRIAN KATOOZI
Attorney for Defendant, SANTA BARBARA COUNTY OF ASSOCIATION OF GOVERNMENTS

148789837.1

2

DEFENDANT SANTA BARBARA COUNTY OF ASSOCIATION OF GOVERNMENTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP RULE 56

# CALIFORNIA STATE COURT PROOF OF SERVICE
Kent W. Epperson v. Santa Barbara County Association of Governments
Case No. 2:23-cv-03039-AB-(MRWx)

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 650 Town Center Drive, Suite 1400, Costa Mesa, CA 92626.

On November 13, 2024, I served true copies of the following document(s): DEFENDANT SANTA BARBARA COUNTY OF ASSOCIATION OF GOVERNMENTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP RULE 56

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Kent W. Epperson                              Plaintiff, Pro Se
5801 West Camino Cielo
Santa Barbara, CA 93105
Telephone: (805) 681-8252
E-Mail: KentWEpperson@proton.me

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 13, 2024, at Costa Mesa, California.

/s/ Jane Donovan
Jane Donovan

148789837.1

3

DEFENDANT SANTA BARBARA COUNTY OF ASSOCIATION OF GOVERNMENTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP RULE 56